BEFORE THE FIRST DIVISION, MAY 26, 1954

**No. 58124.**—Kent Stores, Inc. *v.* United States, protests 187167–K and 187168–K (Ogdensburg).

Opinion by OLIVER, C. J.   At the trial, it was agreed that the merchandise "does not contain alcohol," and the testimony of two witnesses showed that the product in question has been used exclusively over a long period of years by laundries and dry-cleaning establishments for cleaning clothes.   The uncontradicted evidence establishing that the merchandise contains no alcohol and is used solely for cleaning, the claim of the plaintiff was sustained.

**No. 58125.**—Naumes Forwarding Service *v.* United States, protest 194990–K/3706 (Chicago).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise is similar in all material respects to that the subject of Abstract 57300, the claim of the plaintiff was sustained.